| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Northern District of New York |
| Case number (if known): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**   Paul Harris Benjamin

**2. Debtor's unique identifier**

For non-individual debtors:
☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __
☐ Other _____. Describe Identifier _____

For individual debtors:
☐ Social Security number: xxx – xx – __ __ __ __
☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __
☑ Other xxx-xxx-152 . Describe Identifier Canadian Social Security #

**3. Name of foreign representative(s)**   Houle Roy S.A., Trustee to the Bankruptcy of Paul H. Benjamin, by Mathieu Roy

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**   In the Matter of the Bankruptcy of Paul Harris Benjamin, # 41-2369601

**5. Nature of the foreign proceeding**

Check one:
☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
Notice to creditors of the Appointment of Houle Roy S.A. as Trustee, issued by the Superintendent of Bankruptcy

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

Debtor  **Paul Harris Benjamin**
Name

Case number (if known) _____

### 8. Others entitled to notice

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

### 9. Addresses

**Country where the debtor has the center of its main interests:**

Canada

**Debtor's registered office:**

9600 Jean-Milot Villa
Number   Street

P.O. Box

LaSalle, Quebec H8R1X7
City   State/Province/Region   ZIP/Postal Code

Canada
Country

**Individual debtor's habitual residence:**

211 Sydney Cunningham
Number   Street

P.O. Box

Beaconsfield, Quebec,  H9W6E4
City   State/Province/Region   ZIP/Postal Code

Canada
Country

**Address of foreign representative(s):**

468A Notre-Dame Street
Number   Street

P.O. Box

Repentigny, Quebec J6A2T
City   State/Province/Region   ZIP/Postal Code

Canada
Country

### 10. Debtor's website (URL)

N/A

### 11. Type of debtor

Check one:

☐ Non-individual (check one):

☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☐ Other. Specify: _____

☑ Individual

| Debtor | Paul Harris Benjamin | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _____    Houle Roy S.A., Trustee by Mathieu Roy
Signature of foreign representative    Printed name

Executed on  11/22/2019
             MM / DD / YYYY

X _____    _____
Signature of foreign representative    Printed name

Executed on _____
             MM / DD / YYYY

**14. Signature of attorney**

X _____    Date  12/09/2019
Signature of Attorney for foreign representative    MM / DD / YYYY

Lee E Woodard
Printed name

Harris Beach, PLLC
Firm name

333 West Washington Street Suite 200
Number    Street

Syracuse                                NY           13202
City                                    State        ZIP Code

(315) 214-2010                          lwoodard@harrisbeach.com
Contact phone                           Email address

1845304                                 NY
Bar number                              State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3

 **Industrie Canada**  **Industry Canada**
Bureau du surintendant    Office of the Superintendent
des faillites Canada      of Bankruptcy Canada



District of:    Québec
Division No.:  01 - Montreal
Court No.:     500-11-054457-185
Estate No.:    41-2369601

In the Matter of the Bankruptcy of:

**Paul Harris BENJAMIN**
Debtor

**HOULE ROY**
Licensed Insolvency Trustee

**Ordinary Administration**

### CERTIFICATE OF AFFIRMATION OF SUBSTITUTION - Subsection 41(11)

I, the undersigned, Official Receiver in and for this Bankruptcy District, do hereby certify that:

- on Jun 8th, 2018, an Order of the Court was issued, appointing the said Trustee pursuant to Section 41(11) of the Bankruptcy and Insolvency Act, Substitute Trustee of the estate of the aforesaid Debtor.

The said Substitute Trustee is required:

- to provide to me, without delay, security in the amount of NUL (Sec. 16(2));

- to take immediate possession of all remaining property of the estate, together with all books, records, deeds and documents of the estate and of the administration.

Date: June 12, 2018, 9:00
Official Receiver

E-File/Dépôt Electronique

Sun Life Building, 1155 Metcalfe Street, Suite 950, Montréal, Québec, Canada, H3B2V6, (877)376-9902



Harris Beach PLLC
Lee E. Woodard, Esq.
333 West Washington Street, Suite 200
Syracuse, NY 13202
Telephone: (315) 423-7100
*Attorneys for Houle Roy, S.A.*
*In its Capacity as Trustee and Foreign Representative for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 15 |
| PAUL HARRIS BENJAMIN, | Case No. |
| Debtor in a Foreign Proceeding. | |

---

## STATEMENT IDENTIFYING FOREIGN
## PROCEEDINGS PURSUANT TO 11 U.S.C. § 1515(c)

Houle Roy, S.A. (the "Trustee") is the Canadian Bankruptcy Court appointed Trustee for Paul Harris Benjamin ("Debtor") in a proceeding (the "Canadian Proceeding") under Section 41(11) of the *Bankruptcy and Insolvency Act* of Canada, pending in file number 500-11-054457-185 before the Superior Court of Quebec (the "Canadian Bankruptcy Court"), in the District of Montreal (Commercial Division). The Trustee is the duly authorized foreign representative of the Debtor as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"). On December 9, 2019, the Trustee commenced this Chapter 15 case (the "Chapter 15 Case") by filing, on behalf of the Debtor and pursuant to sections 1504 and 1515 of the Bankruptcy Code, the *Verified Chapter 15 Petition for Recognition of Foreign Main Proceeding and Related Relief* along with the Official Form 401 (*Chapter 15 Petition for Recognition of a Foreign Proceeding*).

1

Pursuant to section 1515(c) of the Bankruptcy Code, the Trustee respectfully represents that the Canadian Proceeding is the only foreign proceeding (as such term is defined in section 101(23) of the Bankruptcy Code) pending with respect to the Debtor that is known to the Trustee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

**AND I HAVE SIGNED:**

_____
Mathieu Roy
Houle Roy, S.A.
Trustee of Paul Harris Benjamin

Solemnly affirmed before at Montreal,
this _05_ day of December, 2019

_____
Commissioner of Oaths    Me Malyka Jean-Baptiste
(309867-2 Bar of Québec)

2

Harris Beach PLLC
Lee E. Woodard, Esq.
333 West Washington Street, Suite 200
Syracuse, NY 13202
Telephone: (315) 423-7100
*Attorneys for Houle Roy, S.A.*
*In its Capacity as Trustee and Foreign Representative for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 15 |
| PAUL HARRIS BENJAMIN, | Case No. |
| Debtor in a Foreign Proceeding. | |

---

## LIST PURSUANT TO BANKRUPTCY RULE 1007(a)(4)

Houle Roy, S.A. (the "Trustee") is the Canadian Bankruptcy Court appointed Trustee for Paul Harris Benjamin ("Debtor") in a proceeding (the "Canadian Proceeding") under Section 41(11) of the *Bankruptcy and Insolvency Act* of Canada, pending in file number 500-11-054457-185 before the Superior Court of Quebec (the "Canadian Bankruptcy Court"), in the District of Montreal (Commercial Division). The Trustee is the duly authorized foreign representative of the Debtor as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"). On December 9, 2019, the Trustee commenced this Chapter 15 case (the "Chapter 15 Case") by filing, on behalf of the Debtor and pursuant to sections 1504 and 1515 of the Bankruptcy Code, the *Verified Chapter 15 Petition for Recognition of Foreign Main Proceeding and Related Relief* along with the Official Form 401 (*Chapter 15 Petition for Recognition of a Foreign Proceeding*).

The Trustee hereby files this list pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedures and respectfully states as follows:

1

297645\4847-2034-1422\ v1

**Administrators in Foreign Proceeding Concerning the Debtor**

1. The Trustee is the foreign representative, as that term is defined in section 101(24) of the Bankruptcy Code, because it has been authorized by court order in the Canadian Proceeding to act as the foreign representative for the Debtor pursuant to the Certificate of Affirmation of Substitution dated June 12, 2018 (the "Canadian Appointment of Trustee").

2. The Trustee believes that, other than the Canadian Proceeding and this Chapter 15 Case, there are no foreign proceedings pending with respect to the Debtor.

3. The Trustee's address is:

   468A Notre-Dame Street
   Repentigny, Quebec, J6A2T5
   Canada

**Parties to Litigation Pending in the United States in Which the Debtor is a Party**

4. There is currently one (1) case in the United States, to the Trustee's knowledge, in which the Debtor is a party. The Debtor is a defendant in a foreclosure action in the Supreme Court of the State of New York, County of St. Lawrence, with Index Number EFCV-19-155100, captioned *Heritage Bank v. Paul H. Benjamin et al.* (the "State Court Case"). A motion for default judgment, summary judgment, collection of rent, appointment of rent receiver, and related relief (the "Motion for Default") is currently set to be heard in the State Court Case on January 10, 2020.

5. Upon information and belief, no answer to the State Court Case has been interposed by the BMA Partnership or the Debtor.

**Entities Against Which Provisional Relief is Sought Pursuant to 11 U.S.C. § 1519**

6. The Trustee seeks provisional relief on behalf of the Debtor to stay the execution of assets of the Debtor and the application of section 362 of the Bankruptcy Code in the Debtor's

2

Chapter 15 Case on a provisional basis, against all known creditors of the Debtor and other interested parties, including without limitation, the following persons/entities:

    a) Mr. Mathieu Roy
       468A Notre-Dame Street
       Repentigny, Quebec, J6A2T5
       Canada

    b) Howard Hoppenheim, Esq.
       1214 Greene Ave.
       Westmount, Quebec, H3Z2A3
       Canada

    c) Heritage Bank
       210 Fifth Ave. SW
       Olympia, Washington 98501

       and

       Counsel to Heritage Bank:
       Davis Wright Tremaine, LLP
       Attn: John M. Magliery, Esq.
       1251 Avenue of the Americas, 21st Floor
       New York, New York 10020

    d) Benjamin Murphy Associates
       20 Depot Street
       Potsdam, New York 13676

    e) Edward F. Murphy
       20 Depot Street
       Potsdam, New York 13676

    f) Paul H. Benjamin
       211 Sydney Cunningham
       Beaconsfield, Quebec H9W6E4
       Canada

    g) John Benjamin
       260 Sherbrooke Street East, Suite 522
       Montreal, Quebec H2X1E1
       Canada

       and

      John Benjamin
      c/o Benjamin News, Inc.
      9600 Jean-Milot Villa
      LaSalle, Quebec H8R1X7
      Canada

h) Benjamin Distribution, Inc.
    101 Henry Bessemer
    Quebec, Bois Des Filion J6Z4S9
    Canada

i) Laundry Center
    20 & 22 Depot Street
    Potsdam, New York 13676

j) Two Degrees North
    20 & 22 Depot Street
    Potsdam, New York 13676

k) Bark Avenue
    20 & 22 Depot Street
    Potsdam, New York 13676

l) Village Diner
    20 & 22 Depot Street
    Potsdam, New York 13676

m) Ikon Office
    20 & 22 Depot Street
    Potsdam, New York 13676

n) Bruce Rogers
    20 & 22 Depot Street
    Potsdam, New York 13676

o) Kelly Services
    20 & 22 Depot Street
    Potsdam, New York 13676

p) ARC Retail
    20 & 22 Depot Street
    Potsdam, New York 13676

q) Antiques Etc.
    20 & 22 Depot Street
    Potsdam, New York 13676

4

r)  Lionlamb
    20 & 22 Depot Street
    Potsdam, New York 13676

s)  United States Geological Survey
    20 & 22 Depot Street
    Potsdam, New York 13676

t)  SLC ARC
    20 & 22 Depot Street
    Potsdam, New York 13676

u)  MacFadden-Dier Insurance
    20 & 22 Depot Street
    Potsdam, New York 13676

v)  Barbershop
    20 & 22 Depot Street
    Potsdam, New York 13676

w)  The Look
    20 & 22 Depot Street
    Potsdam, New York 13676

x)  Magic Comb
    20 & 22 Depot Street
    Potsdam, New York 13676

y)  Inspired Healing
    20 & 22 Depot Street
    Potsdam, New York 13676

z)  Potsdam U Store
    20 & 22 Depot Street
    Potsdam, New York 13676

aa) N. Country Dental
    20 & 22 Depot Street
    Potsdam, New York 13676

bb) Jazzercise
    20 & 22 Depot Street
    Potsdam, New York 13676

cc) Brooks Washburn, AIA
   20 & 22 Depot Street
   Potsdam, New York 13676

dd) Crawford Technologies
   20 & 22 Depot Street
   Potsdam, New York 13676

ee) St. Lawrence Oral Surgery
   20 & 22 Depot Street
   Potsdam, New York 13676

ff) St. Lawrence County
   20 & 22 Depot Street
   Potsdam, New York 13676

gg) Health Services
   20 & 22 Depot Street
   Potsdam, New York 13676

hh) Family Dollar
   145 ½ Market Street
   Potsdam, New York 13676

ii) North Woods Dental
   145 ½ Market Street
   Potsdam, New York 13676

jj) T&R Wine
   145 ½ Market Street
   Potsdam, New York 13676

kk) Tomra
   145 ½ Market Street
   Potsdam, New York 13676

ll) CJ's Kegs Cases & More
   145 ½ Market Street
   Potsdam, New York 13676

mm)   Kerms Salon
   145 ½ Market Street
   Potsdam, New York 13676

nn) Tri-Town Cleaners
145 ½ Market Street
Potsdam, New York 13676

oo) The Laundrey Center III
145 ½ Market Street
Potsdam, New York 13676

pp) Sapp Martial Arts
145 ½ Market Street
Potsdam, New York 13676

qq) Lifeplan
145 ½ Market Street
Potsdam, New York 13676

rr) Thiftique
145 ½ Market Street
Potsdam, New York 13676

ss) Canton-Potsdam Hospital
145 ½ Market Street
Potsdam, New York 13676

tt) Green Jam LLC
145 ½ Market Street
Potsdam, New York 13676

uu) Sunoco
145 ½ Market Street
Potsdam, New York 13676

vv) Kidz Klozet & More
145 ½ Market Street
Potsdam, New York 13676

*-Remainder of Page Intentionally Left Blank-*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

**AND I HAVE SIGNED:**

Mathieu Roy
Houle Roy, S.A.
Trustee of Paul Harris Benjamin

Solemnly affirmed before at Montreal,
this 05 day of December, 2019

Commissioner of Oaths (Me Malyka Jean-Baptiste
#309867-2 Bar of Quebec)

8